Karen L. Jacobsen - 125684
Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
E-Mail:     kjacobsen@jacobsenmcelroy.com
                bdolin@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LINA NOGUERAS,                    )     Case No.: 2:19-cv-02031-WBS-CKD
                                  )
            Plaintiff,            )
                                  )     **STIPULATION AND ORDER TO**
                                  )     **EXTEND DISCOVERY**
      vs.                         )
                                  )
COSTCO WHOLESALE                  )
CORPORATION; and DOES 1 to 100,   )
                                  )
            Defendants.           )
_____    )

The parties, through their attorneys of record, agree and stipulate as follows:

In light of the Pandemic, which has caused delays and barriers to discovery that includes but are not limited to in-person depositions, medical examinations and site inspections the parties have agreed to extend the date for discovery to be completed from the January 22, 2021 date ordered in the Status (Pretrial Scheduling) Order to April 26, 2021.   In light of this requested change and the impact it will have on other

dates ordered in the Status (Pretrial Scheduling) Order the parties also request the following date revisions:

Motion Filing Cut-Off continued from March 12, 2021 to June 30, 2021;

Pretrial Conference continued from May 10, 2021 to August 2, 2021; and,

Trial continued from July 13, 2021 to October 19, 2021.

**IT IS SO STIPULATED BY THE PARTIES:**

DATED: February 2, 2021      **LAW OFFICES OF ALAN M. LASKIN**

By: ___/s/_____
Amanda Schuchhardt
L/O of Alan M. Laskin
1810 S Street
Sacramento, CA 95811
Tel: (916)329-9010
Fax: (916)442-0444
aschuchhardt@laskinlaw.com

DATED: February 2, 2021      **JACOBSEN & McELROY PC**

By: ___/s/_____
Karen L. Jacobsen (CSB #125684))
Brian P. Dolin (CSB #182971)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: kjacobsen@jacobsenmcelroy.com
bdolin@jacobsenmcelroy.com
*Counsel for Defendant,* COSTCO WHOLESALE CORPORATION

///
///
///
///
///

**FOR GOOD CAUSE SHOWN**, **IT IS ORDERED** that the following dates set forth in the Status (Pretrial Scheduling) Order shall be revised as follows:

Discovery to be completed by April 26, 2021;

Motion Filing Cut-Off on June 30, 2021;

Pretrial Conference set for August 2, 2021 at 1:30 p.m.; and,

Trial set for October 19, 2021 at 9:00 a.m.

Dated:  February 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY
Case No.: 2:19-cv-02031-WBS-CKD