Alan M. Laskin, SBN: 148858
Adriana Artunduaga-Mendez, SBN: 314332
Amanda C. Schuchhardt, SBN: 312391
Law Offices of Alan M. Laskin
1810 S Street
Sacramento, CA 95811
Telephone: (916)329-9010
Facsimile: (916)442-0444
aschuchhardt@laskinlaw.com

Attorney for Plaintiff
LINA NOGUERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA NOGUERAS,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendant(s). | Case No.: 2:19-CV-02031-WBS-CKD<br><br>STIPULATION AND ORDER SEEKING LEAVE TO FILE A LATE PRETRIAL STATEMENT |

The parties, through their attorneys of record, agree and stipulate as follows:

It is stipulated that the parties agree to allow Plaintiff to file a late pretrial statement no later than July 22, 2021 .

IT IS SO STIPULATED.

Dated: July 22, 2021    LASKIN BALMA ATTORNEYS AT LAW

/s/ Amanda C. Schuchhardt
By: _____
Amanda C. Schuchhardt
Attorneys for Plaintiff
LINA NOGUERAS

Dated: July 22, 2021    JACOBSEN & McELROY PC

/s/ Brian P. Dolin
By: _____
Brian P. Dolin
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

-1-
Stipulation and Order Seeking Leave to File a Late Pretrial Statement

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

Plaintiff shall file a late pretrial statement no later than **July 22, 2021**. Defendant's pretrial statement shall be filed no later than **July 27, 2021**.

Dated: July 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE