Karen L. Jacobsen - 125684
Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
E-Mail: kjacobsen@jacobsenmcelroy.com
bdolin@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LINA NOGUERAS, | Case No.: 2:19-cv-02031-WBS-CKD |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRE-TRIAL CONFERENCE** |
| COSTCO WHOLESALE CORPORATION; and DOES 1 to 100, | |
| Defendants. | |

Pursuant to Local Rule 160, the parties are pleased to report this matter has settled in its entirety. The parties will prepare a written settlement agreement, which should be executed in the next two weeks. Shortly thereafter, the parties will be filing a notice of dismissal.  In the interim, the parties request that the Court vacate the Pre-Trial Conference set for August 2, 2021.

/ / /

/ / /

/ / /

DATED: July 28, 2021               **LAW OFFICES OF ALAN M. LASKIN**

By: _/s/ Amanda Schuchhardt_
Amanda Schuchhardt
L/O of Alan M. Laskin
1810 S Street
Sacramento, CA 95811
Tel: (916)329-9010
Fax: (916)442-0444
aschuchhardt@laskinlaw.com
Counsel for Plaintiff, LINA NOGUERAS

DATED: July 28, 2021               **JACOBSEN & McELROY PC**

By: _/s/ Brian P. Dolin_
Karen L. Jacobsen
Brian P. Dolin
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
kjacobsen@jacobsenmcelroy.com
bdolin@jacobsenmcelroy.com
Counsel for Defendant, COSTCO WHOLESALE CORPORATION

**IT IS SO ORDERED:**

The Pre-Trial Conference date of August 2, 2021 and Trial date of October 19, 2021 are VACATED.  A Status Conference Re Settlement is set for **August 30, 2021 at 1:30 P.M.** before Senior Judge William B. Shubb, and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.  A Joint Status Report shall be filed no later than **August 23, 2021** if the dismissal has not been filed by that date.

**Dated:  July 28, 2021**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE