Karen L. Jacobsen - 125684
Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
kjacobsen@jacobsenmcelroy.com
bdolin@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA NOGUERAS,<br><br>         Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 to 100,<br><br>         Defendants. | Case No.: 2:19-cv-02031-WBS-CKD<br><br>**STIPULATION  OF DISMISSAL [FRCP 41(A)]AND ORDER OF DISMISSAL** |

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear their own attorneys' fees and costs.  This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: August 23, 2021          **LAW OFFICES OF ALAN M. LASKIN**

                                       */s/ Amanda Schuchhardt*
                           By: _____
                                  Amanda Schuchhardt
                                  Attorney for Plaintiff
                                  LINA NOGUERAS

DATED: August 23, 2021     **JACOBSEN & McELROY PC**

By: */s/ Brian P. Dolin*
_____
Karen L. Jacobsen (CSB #125684))
Brian P. Dolin (CSB #182971)
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all causes of action, and parties, with each party to bear their own attorney's fees and costs.

Dated: August 24, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE